# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| LESLIE E. THOMAS, | : | |
| Debtor. | : | Case No. 07-16445(JKF) |
| _____ | | |
| LESLIE E. THOMAS, | : | |
| Plaintiff, | : | |
| v. | : | |
| WELLS FARGO BANK, N.A. et al., | : | Adversary No. 08-0030 |
| Defendants. | : | |
| _____ | | |

## ORDER

**AND NOW,** this 16th day of October, 2008, upon consideration of the Motion to Dismiss ("Motion) by Wells Fargo Bank, N.A., as successor by merger to Wells Fargo Bank Minnesota, N.A., as Trustee f/k/a Norwest Bank Minnesota, N.A., as Trustee for Home Equity Loan Asset-Backed Certificates, Series 2002-1 ("Wells Fargo") and after hearing with notice and for the reasons set forth in the Opinion dated October 14, 2008, in the above-captioned adversary proceeding, it is hereby **ORDERED** and **DECREED** that:

1. The Motion is **GRANTED IN PART** and **DENIED IN PART**.

2. Count III of the Complaint is dismissed in its entirety.

      3.    Counts IV and VI of the Complaint are dismissed as against Wells Fargo only.

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies to:

**Counsel for Plaintiff/Debtor**
Montgomery L. Wilson
Community Legal Services
3638 North Broad Street
Philadelphia, PA  19140

**Counsel for Defendant Wells Fargo Bank, N.A.**
Linda Arlene Michler
7228 Baptist Road, #175
Bethel Park, PA  15102

**Counsel for Defendant Capital Assurance Group, Inc.**
George Kotsopoulos
George Kolsopoulos, P.C.
550 American Avenue # 201
King of Prussia, PA  19406

**Counsel for Defendannt Levin & Associates, LLC**
Murray D. Levin
400 Greenwood Ave.
Wyncote, PA  19095

**Counsel for Security Mortgage Broker, Inc.**
Walter Weir, Jr.
Weir and Partners LLP
The Widener Building
1339 Chestnut Street, Suite 500
Philadelphia, PA 19107

**Chapter 13 Trustee**
William C. Miller, Esquire
111 S. Independence Mall, Suite 583
Philadelphia, PA 19106

**United States Trustee**
David M. Klauder, Esquire
U.S. Trustee Office
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

**Courtroom Deputy**
Joan Ranieri